James D. Hicks, WSBA #36126
Christopher Furman, WSBA #57143
Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
Phone: (206) 705-2115

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

SPOKANE DIVISION

| | |
|---|---|
| INFINITY ROOFING & SIDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE & CASUALTY COMPANY, <br><br> Defendant. | No. 2:22-cv-00027-SAB <br><br> **NOTICE OF SETTLEMENT** |

NOTICE is hereby given that all claims against all parties in this action have been settled and resolved. Any trials or other hearings in this matter may be stricken from the court calendar. The parties are currently preparing a final written settlement agreement. After payment, the parties will file a request for dismissal with prejudice. This notice is being filed with the consent of all parties.

//

NOTICE OF SETTLEMENT
NO. 2:22-CV-00027-SAB

Page 1

Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
206 780-2115

DATED this 28th of March, 2024.

**SINARS SLOWIKOWSKI TOMASKA LLC**

BY:  *s/ James D. Hicks*
James D. Hicks, WSBA #36126
jhicks@sinarslaw.com

BY:  *s/ Christopher W. Furman*
Christopher Furman, WSBA 57143
cfurman@sinarslaw.com

Counsel for Defendant State Farm Fire and Casualty Company

**LINDSEY LAW, PLLC**

BY:  *s/ Travis R. Lindsey (authorized signature)*
Travis R. Lindsey, WSBA #54535
travis@lindseypllc.com

**HODGE LAW FIRM, PLLC**

BY:  *s/ Shaun W. Hodge (authorized signature)*
Shaun W. Hodge, PHV
shodge@hodgefirm.com

Counsel for Plaintiff Infinity Roofing & Siding, Inc.

NOTICE OF SETTLEMENT
NO. 2:22-CV-00027-SAB

Page 2

Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
206 780-2115

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on March 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel record:

| <u>**Counsel for Plaintiff**</u><br>Travis R. Lindsey<br>WSBA #54535<br>LINDSEY LAW, PLLC<br>15501 N. Adeline Ln.<br>Spokane, WA 99208<br>(855) 472-6525<br>travis@lindseypllc.com | <u>**Counsel for Plaintiff**</u><br>Shaun W. Hodge<br>PHV<br>HODGE LAW FIRM, PLLC<br>1301 Market St.<br>Galveston, TX 77550<br>(409) 762-5000<br>shodge@hodgefirm.com |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed on the 28th day of March 2024 at Seattle, Washington.

*s/Laura McKeon*
Laura McKeon, Legal Assistant
lmckeon@sinarslaw.com

NOTICE OF SETTLEMENT
NO. 2:22-CV-00027-SAB

Page 3

Sinars Slowikowski Tomaska LLC
2815 Elliott Avenue, Suite 100
Seattle, WA 98121
206 780-2115