FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INFINITY ROOFING & SIDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | No. 2:22-CV-00027-SAB <br><br> **ORDER OF DISMISSAL** |

Before the Court is the Parties' Stipulated Motion to Dismiss, ECF No. 69. Plaintiff is represented by Shaun Hodge and Travis Lindsey. Defendant is represented by Christopher Furman and James Hicks.

Due to a settlement agreement, the Parties have requested the Court dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

//
//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL - 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss, ECF No. 69, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** and without fees or costs.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL -** 2